LINK 27

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.P., a minor, by and through her Guardian ad Litem, CRYSTAL LOOMIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY; C. MORALES, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-01545-HDV (DTBx)<br><br>[~~PROPOSED~~]<br>**ORDER APPROVING JOINT STIPULATION AND REQUEST TO AMEND THE SCHEDULING ORDER AND CONTINUE DEADLINES AND TRIAL**_____<br><br>District Judge: Hon. Hernan D. Vera<br>Magistrate Judge: Hon. David T. Bristow<br><br>Trial Date: November 12. 2024 |

4868-4655-0704.1

[PROPOSED] ORDER APPROVING JOINT STIPULATION AND REQUEST TO AMEND THE SCHEDULING ORDER AND CONTINUE DEADLINES AND TRIAL

Good cause having been shown, the parties' Joint Stipulation and Request to Amend the Scheduling Order and Continue Deadlines and Trial is hereby APPROVED. The chart of relevant dates on the Order re: Scheduling Conference and Order Setting Pretrial and Trial Schedule (Dkt. 19) is hereby amended as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Trial | 11/12/2024 at 8:30 a.m. | February 11, 2025 at 9:00 a.m. |
| Final Pretrial Conference | 10/22/2024 at 10:00 a.m. | January 21, 2025 10:00 a.m. |
| Last Day to Amend Pleadings or Add Parties | 1/4/2024 | NA |
| Fact Discovery Cut-Off | 5/21/2024 | August 16, 2024 |
| Expert Disclosure (Initial) | 5/28/2024 | August 23, 2024 |
| Expert Disclosure (Rebuttal) | 6/11/2024 | September 6, 2024 |
| Expert Discovery Cutoff | 6/25/2024 | September 20, 2024 |
| Last Day to Hear Motions | 8/8/2024 | November 6, 2024 |
| Deadline to Complete Settlement Conference (Court Mediation Panel) | 9/10/2024 | December 9, 2024 |
| Trial Filings (first round) | 9/24/2024 | December 23, 2024 |
| Trial Filings (second round) | 10/8/2024 | January 6, 2025 |

All other provisions of the court's Initial Scheduling Order, Dkt. 19, remain in place and unchanged.

**IT IS SO ORDERED.**

Dated: 4/9/24

Hon. Hernan D. Vera
Judge, United States District Court