DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
JEREMIAH D. JOHNSON, Bar No. 293200
jjohnson@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for San Bernardino County and
C. Morales

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.P., a minor, by and through her Guardian ad Litem, CRYSTAL LOOMIS,<br><br>            Plaintiff,<br><br>     v.<br><br>SAN BERNARDINO COUNTY; C. MORALES, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 5:23-cv-01545-HDV (DTBx)<br>Hon. Hernan D. Vera<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:       March 11, 2025 |

Pursuant to Local Rule 16-15.7, the parties to the above-captioned matter hereby report to the Court that a settlement has been reached as to all claims which will result in the dismissal of this case with prejudice. Because Plaintiff is a minor, however, Plaintiff's counsel will first seek Court approval of the settlement pursuant to Local Rules 17-1.2, et seq. The trial in this matter presently set for March 11, 2025 will not be necessary, however.

Dated: March 5, 2025            THE SEHAT LAW FIRM, PLC

                                By:     */s/ Jeffrey Mikel*
                                        Cameron Sehat
                                        Jeffrey Mikel
                                        Attorney for Plaintiff, K.P, a minor, by and through her guardian ad litem, Crystal Loomis

Dated: March 5, 2025            COLE HUBER LLP

                                By:     /s/ Daniel S. Roberts
                                        Daniel S. Roberts
                                        Jeremiah D. Johnson
                                        Attorneys for San Bernardino County and C. Morales