THE SEHAT LAW FIRM, P.L.C.
Cameron Sehat, Esq. (SBN: 256535)
Jeffrey Mikel, Esq. (SBN: 350671)
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
cameron@sehatlaw.com
j.mikel@sehatlaw.com

link 89

Attorney for Plaintiff, K.P., a minor, by and through her Guardian ad Litem, CRYSTAL LOOMIS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.P., a minor, by and through her Guardian ad Litem, CRYSTAL LOOMIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY; C. MORALES, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:23-cv-01545-HDV-DTB<br><br>Assigned for all Purposes:<br>District Judge: Hon. Hernan D. Vera<br><br>[~~PROPOSED~~] ORDER APPROVING *UNOPPOSED* PETITION FOR COMPROMISE OF DISPUTED CLAIM OF MINOR |

### [~~PROPOSED~~] ORDER

This Court, having considered Plaintiff K.P.'s unopposed petition for compromise of the claims of the minor litigant, and GOOD CAUSE appearing therefore, hereby GRANTS the petition and makes the following orders:

1. The settlement of Plaintiff K.P.'s action against the defendants in the gross amount of $25,000.00 is hereby approved.

2. Defendant San Bernardino County shall pay a total sum of twenty-five thousand dollars ($25,000.00) by check payable to the "Sehat Law Firm, PLC Client Trust Account" in full satisfaction of the approved settlement.

3. Of that total $25,000.00 amount, the Sehat Law Firm, PLC Client Trust Account is authorized to pay:
   a. to the Sehat Law Firm, PLC the amount of $8,163.00 to satisfy litigation costs;
   b. a total of $1,500.00 to the holders of any and all medical liens on the proceeds from this case in full and complete satisfaction of such liens.

4. As to the remaining $15,337.00 of the total settlement amount, the Sehat Law Firm, PLC Client Trust Account is ordered to deposit such funds into a blocked bank account in the minor, K.P.'s, name to accrue interest at the current market rate until the minor reaches the age of majority.

Dated: 5/9/25

IT IS SO ORDERED.

_____
Honorable Hernan D. Vera
United States District Court Judge