DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
JEREMIAH D. JOHNSON, Bar No. 293200
jjohnson@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:    (909) 937-2034

Attorneys for San Bernardino County and C. Morales

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
Cameron@sehatlaw.com
5100 Campus Dr., Ste 200
Newport Beach, CA, 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001

Attorney for Plaintiff, K.P, a minor, by and through her guardian ad litem, Crystal Loomis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.P., a minor, by and through her Guardian ad Litem, CRYSTAL LOOMIS,<br><br>            Plaintiff,<br><br>     v.<br><br>SAN BERNARDINO COUNTY; C. MORALES, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 5:23-cv-01545-HDV (DTBx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(a)(ii)] |

4910-1004-8328.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

SO STIPULATED.

Dated: June 11, 2025      COLE HUBER LLP

By:     /s/ Daniel S. Roberts*
Daniel S. Roberts
Jeremiah D. Johnson
Attorneys for San Bernardino County and C. Morales

Dated: June <u>10</u>, 2025      THE SEHAT LAW FIRM, PLC

By:     /s/ Cameron Sehat
Cameron Sehat
Jeffrey Mikel
Attorney for Plaintiff, K.P, a minor, by and through her guardian ad litem, Crystal Loomis

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.